# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KELLIE LOEB,

                  Plaintiff,

v.

CHAMPION PETFOODS USA INC.
and CHAMPION PETFOODS LP,

                  Defendants.

Case No. 18-CV-494-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss (Docket #8) be and the same is hereby **GRANTED in part and DENIED in part** (Docket #19);

     **IT IS FURTHER ORDERED AND ADJUDGED** that Counts Two, Three, and Four of Plaintiff's Complaint be and the same are hereby **DISMISSED** (Docket #19);

     **IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (Docket #33) be and the same is hereby **GRANTED** (Docket #59);

     **IT IS FURTHER ORDERED AND ADJUDGED** that counts One and Five of Plaintiff's Complaint be and the same are hereby **DISMISSED** (Docket #59);

     **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's motion for class certification (Docket #39) be and the same is hereby **DENIED as moot** (Docket #59); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice** (Docket #59).

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

February 6, 2019
Date

*s/ Jodi L. Malek*
By: Deputy Clerk